IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00252-AP

TERESA SZCZECINA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    FREDERICK J. DALEY, JR.
    55 W. Monroe Street, Suite 2440
    Chicago, Illinois 60603
    (312) 372-5200
    vborowski@ddbchicago.com

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** 02/05/07

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** 03/12/07

      C.      **Date Answer and Administrative Record Were Filed:** 05/10/07

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due:** August 7, 2007

      B.      **Defendant's Response Brief Due:** September 6, 2007

      C.      **Plaintiff's Reply Brief (If Any) Due:** September 21, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument not requested.

    **B.**    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>15th</u> day of <u>June</u>, 2007.

                                       BY THE COURT:

                                        *S/John L. Kane*
                                       U.S. DISTRICT COURT JUDGE

APPROVED:

                                          UNITED STATES ATTORNEY

| s/ Frederick J. Daley, Jr. | s/ Thomas H. Kraus |
|---|---|
| By: FREDERICK J. DALEY, JR. | By: THOMAS H. KRAUS |
| 55 W. Monroe Street, Suite 2440 | Special Assistant U.S. Attorney |
| Chicago, Illinois 60603 | 1961 Stout St., Suite 1001A |
| (312) 372-5200 | Denver, Colorado 80294 |
| vborowski@ddbchicago.com | Telephone: (303) 844-0017 |
| | tom.kraus@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.