IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00252-EWN

TERESA A. SZCZECINA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## ORDER

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, filed February 26, 2008, is **GRANTED**. In consideration thereof, if is

**ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $7,500.00. Payment shall be made directly to Plaintiff's attorney.

DATED at Denver, Colorado, this 28th day of February, 2008.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        Edward W. Nottingham
                        Chief United States District Judge